IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER EUGENE DE ROSSITTE                                        PLAINTIFF

v.                              Civil No.6:17-cv-06043

CORRECT CARE SOLUTIONS, INC.; DR.
NANETTE VOWELL; NURSE MELISSA L.
GIFFORD; HEALTH SERVICES
ADMINISTRATOR ANDREA BEASLEY;
NURSE GWENDOLYN E. HART; NURSE
NICHOLE A. ROBINSON; RORY GRIFFIN;
and NURSE RICHARD MORGAN                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Dismissal. (ECF No. 110). Defendant Rory Griffen has filed a Response. (ECF No. 117). Defendant Griffen filed a Motion for Summary Judgment on Exhaustion on August 20, 2018. (ECF No. 94). On October 2, 2018, Plaintiff filed the instant motion asking the Court to dismiss his claims against Defendant Griffen without prejudice. (ECF No. 110). On October 16, 2018, Defendant Griffen filed a Response asking the Court to grant his Motion for Summary Judgment or, in the alternative, stating "ADC Defendant Griffin has no objection to Plaintiff's Motion to Dismiss and, therefore, prays that the claims against him be dismissed." (ECF No. 117). Accordingly, Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 110) should be and hereby is **GRANTED**. Plaintiff's claims against Defendant Rory Griffen are hereby **DISMISSED WITHOUT PREJUDICE**. Defendant Griffen's Motion for Summary Judgment (ECF No. 94) is **DENIED** as moot.

**IT IS SO ORDERED**, this 25th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge