IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER EUGENE DE ROSSITTE                                        PLAINTIFF

v.                           Civil No. 6:17-cv-06043

CORRECT CARE SOLUTIONS, INC.; DR.
NANETTE VOWELL; NURSE MELISSA L.
GIFFORD; HEALTH SERVICES
ADMINISTRATOR ANDREA BEASLEY;
NURSE GWENDOLYN E. HART; NURSE
NICHOLE A. ROBINSON;
AND NURSE RICHARD MORGAN                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (ECF No. 111). Plaintiff asks the Court to dismiss his claims against Defendants Andrea Beasley, Gwendolyn Hart, Richard Morgan, and Nichole Robinson without prejudice. Defendants have indicated they have no objection to Plaintiff's motion. (ECF No. 116).

Accordingly, upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendants Andrea Beasley, Gwendolyn Hart, Richard Morgan, and Nichole Robinson are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendants Correct Care Solutions, Inc.; Dr. Nanette Vowell; and Nurse Melissa L. Gifford shall remain for further adjudication.

**IT IS SO ORDERED**, this 25th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge